IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TRIAGE CONSULTING GROUP, INC.,** : | | **CIVIL CASE** |
|     Plaintiff, : | | |
| v. : | | |
| : | | |
| **IMPLEMENTATION MANAGEMENT** : | | |
| **ASSISTANCE, INC., et al..** : | | |
|     Defendants. : | | **NO. 12-4266** |

## O R D E R

**AND NOW**, this 27th day of June, 2013, for the reasons stated in the foregoing Memorandum, it is hereby **ORDERED** that Defendants' Motion to Partially Dismiss Plaintiff's Second Amended Complaint is **DENIED**.

                                            **BY THE COURT:**

                                            **/s/ Michael M. Baylson**

                                            **MICHAEL M. BAYLSON, U.S.D.J.**

O:\Matt12\12cv4266 - Triage Consulting Grp. v. IMA\12cv4266.062713.order.docx